Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Ronald Romanini

Date: January 29, 2013
Case No. 1:10CR416-1
Judge: John R. Adams
Court Reporter: Caroline Mahnke
Pts/Prob Officer: Don Stranathan

U.S. Attorney:               Ann Rowland

Attorney for Defendant(s):     Charles Bowers

**\* Resentencing is pursuant to the USCA for the 6th Circuit remand.**

**RESENTENCING:**

Defendant committed to the custody of the Bureau of Prisons for a period of 30 months as to Count 1 of the information with credit for time served. .

I.S.S., Probation ordered for a period of ___ years with standard/special conditions as ordered.

Supervised release for a term of 3 years as to Counts 1.

Fined the sum of $ 250,000.00   . Defendant shall pay the cost of incarceration and this amount shall be deducted from the $250,000.00 fine.

Restitution due in the amount of $30,000.00 (paid).

The defendant is to pay a special assessment of $100.00    on count1. Total $100.00 (paid) .

X    The defendant advised of his appeal rights.

**COMMENTS:**

  Defendant remanded tot he custody of the U.S. Marshal

Total Time:   1 Hr. 6 Mins.

s/Christin M. Kestner
Courtroom Deputy Clerk